**RECEIVED**
**By United States Marshals Service at 2:22 pm, Sep 18, 2024**

# UNITED STATES DISTRICT COURT

for the

District of Alaska

FID: 6751746
USMS: 11667-006
Warrant: 2406-0918-0595-J
NCIC: Not entered by USMS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| PANOS ANASTASIOU | ) |
| *Defendant* | |

Case Number: 3:24-CR-00099-SLG-KFR

## LAW ENFORCEMENT SENSITIVE ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PANOS ANASTASIOU ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows:

Counts 1, 8, 10, 10, 14, 16, 18, 20, 22: Threats against Federal Judge

Counts 2-7, 9, 11, 13, 15, 17, 19, 21: Threats in Interstate Commerce

Date: September 18, 2024

*Caroline Edmiston*
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice M. Duncan, Clerk of Court
*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 09/18/2024 , and the person was arrested on *(date)* 09/18/2024

at *(city and state)* Anchorage, AK .

Date: 09/18/2024

for SA Z. Crews(USSC)
*Arresting officer's signature*

G. Adrien(USMS) forZ. Crews(USSC)
*Printed name and title*