# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. PANOS ANASTASIOU

CASE NO: 3:24-CR-00099-SLG-KFR

--------------------------------------------------------------------------------

Defendant PANOS ANASTASIOU

has this date met the bail conditions indicated below and is ordered discharged from custody.

☐ Released to _____, the third-party custodian(s).

☐ Paid cash bail in the amount of _____ $ _____

☐ Posted unsecured bond in the amount of _____ $ _____

☐ Posted bond secured by _____ ☐ property or ☐ Surety in the amount of $ _____
with the Clerk of Court

☐ Surrendered passport to the U.S. Probation and Pretrial Services Office

☐ Other _____ Defendant to be released on his own recognizance on Thursday,
September 19, 2024, after processing. Defendant must report to immediately to
U.S. Probation and pretrial services at 222 West 7ᵗʰ Ave., Anchorage, AK 99513

DATED at **Anchorage**, Alaska, this **19th** day of **September 2024**.

/s/ *Kyle R*
Kyle F. Reardon
United States Magistrate Judge