Jane Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_imholte@fd.org

*Counsel for Defendant Panos Anastasiou*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PANOS ANASTASIOU,<br><br>　　　　　Defendant. | Case No. 3:24-cr-00099-SLG-KFR<br><br>**REQUEST TO MODIFY CONDITIONS OF RELEASE** |

　　　Defendant Panos Anastasiou, through counsel, Jane Imholte, Assistant Federal Defender, moves this Court for an Order modifying his conditions of release. Specifically, Mr. Anastasiou requests that he be permitted to use his cellphone.

　　　Mr. Anastasiou first appeared in the District of Alaska for a detention hearing on September 19, 2024. Magistrate Judge Reardon released him with numerous conditions, including prohibiting him from using a phone with internet capability. [Dckt 13].

　　　On the day Mr. Anastasiou was released from custody, KTUU filmed him outside of his house in a manner that plainly identified it.  Mr. Anastasiou lives alone in a high-crime neighborhood.  He has an extensive home security system that he can only access with an internet-connected phone or computer.  When the lights outside indicate the cameras have been triggered, Mr. Anastasiou has no way of knowing by what or whom.

More importantly, however, Mr. Anastasiou requires the use of a smartphone to make appointments and keep updated with his doctor to monitor the progression of his cancer.

Mr. Anastasiou respectfully requests that this Court modify his conditions of release to allow him to possess an internet-connected smart phone to monitor his home security system and communicate with his doctor. Probation is unopposed to this modification request.

DATED the 7th day of October at Anchorage, Alaska.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 7, 2024. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*