S. LANE TUCKER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Email: william.taylor@usdoj.gov

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 3:24-cr-00099-TMB-KFR |
| | ) | |
| PANOS ANASTASIOU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**RESPONSE IN OPPOSITION TO DEFENDANT'S
MOTION TO MODIFY CONDITIONS OF RELEASE (Dkt. 18)**

      The United States of America, through Assistant U.S. Attorney William A. Taylor, hereby files this Opposition to defendant's Motion to Modify Bail Conditions filed at ECF No. 18.

//

//

//

Courts are empowered to impose conditions of pretrial release that "protect the community from the risk of crimes [the defendant] might commit while on bail." *United States v. Scott*, 450 F.3d 863, 874 (9th Cir. 2006). The defendant is asking this Court to allow him to have an Internet-connected smart phone while on release. However, the internet was the very tool which he used to carry out the crimes in this case. This Court carefully crafted a combination of conditions which allowed the defendant to be released pending trial. This narrowly tailored plan should not be disturbed. This court likely would not have granted release with unlimited unsupervised access to the Internet, and it should not do so now.

As new information, the firearm the defendant illegally possessed at his residence was first purchased in the last three years by someone other than the defendant. That means at some point in the last three years the defendant acquired this firearm during or near the time he expressed sincere desire to assassinate high level government officials. Given this new information it is even more important to not allow the defendant access to the influences and communication tools of the Internet.

The defendant wants to incrementally reduce the protections this Court put into place when ordering his release. There is no new or substantially changed information that has occurred. His desire to have free unsupervised access to the Internet cannot outweigh the concerns he poses to the public and the victims in this case.

For the reasons stated above, and those already on the record before this Court, the Motion should be denied.

RESPECTFULLY SUBMITTED October 15, 2024, at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *William A. Taylor*
WILLIAM A. TAYLOR
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2024,
a copy of the foregoing was served
electronically on all counsel of record.

s/ *William A. Taylor*
Office of the U.S. Attorney