# UNITED STATES DISTRICT COURT
for the
## District of Alaska

### Petition for Action on Conditions of Pretrial Release

| | |
|---|---|
| **Name of Defendant:** | Panos Anastasiou      **Case Number:** 3:24-CR-00099-001-SLG-KFR |
| **Name of Judicial Officer:** | Honorable Kyle F. Reardon, United States Magistrate Judge |
| **Date of Pretrial Release:** | September 19, 2024 |
| **Charges:** | **Counts 1, 8, 10, 12, 14, 16, 18, 20, and 22:** Threats Against a Federal Judge 18 U.S.C. § 115(a)(1)(B) |
| | **Counts 2, 3, 4, 5, 6, 7, 9, 11, 13, 15, 17, 19, and 21:** Threats in Interstate Commerce 18 U.S.C § 875(c) |
| **Case Status:** | Pending trial |
| **Assistant U.S. Attorney:** | William Arthur Taylor      **Defense Attorney:** Jane Imholte |

## PETITIONING THE COURT

☐ To issue a warrant

☐ To issue a summons

☐ No warrant or summons to be issued.

☒ To modify the conditions of pretrial release as follows:

**ADD THE FOLLOWING CONDITION(S):**

(h) The defendant must get medical or psychiatric treatment: obtain a mental health assessment and follow all treatment recommendations. Defendant must sign a release of information (ROI) for the supervising officer for all mental health providers.

**DECLARATION AND RECOMMENDATION:**

On September 18, 2024, an Indictment was filed in the U.S. District Court for the District of Alaska charging the defendant with the above cited offenses. On the same date, a Warrant was issued, and the defendant was arrested.

On September 18, 2024, the defendant appeared before the Honorable Kyle F. Reardon, U.S. Magistrate Judge, for an Arraignment on Indictment/Detention Hearing and he was ordered temporarily detained.

On September 19, 2024, the defendant appeared before the Honorable Kyle F. Reardon, U.S. Magistrate Judge, for Continued Detention Hearing and was ordered released on conditions of release to include pretrial supervision, location monitoring, and restrictions regarding internet capable devices.

On November 5, 2024, the undersigned officer spoke with the defendant, who expressed he was willing to seek mental health treatment and willing to have his conditions modified at the recommendation of this officer.

On November 7, 2024, the undersigned officer spoke with the defendant about adding a mental health condition. The defendant he stated he was willing to obtain services at the Office of Veteran Affairs (VA); however, he was concerned that this officer wanted to "keep him alive" to face the charges he was pending.

The defendant is assessed to be a PTRA Risk Category One.

The defendant is assessed a risk of nonappearance based on offense charges; substance abuse history; criminal history including record of failure to appear; aliases or false identifications; ties to a foreign country, and criminal history.

The defendant is assessed as a danger to the community based on nature of instant offense; prior arrests and convictions; substance abuse history; violent behavior history; history/charge involving use of computer to facilitate alleged offense; history/charge involving violence/domestic violence; safety concerns for the community or a specific individual; and criminal history.

## RECOMMENDATION

Since the defendant's release, he has complied with his conditions; however, the undersigned officer has serious concerns regarding the defendant's mental health and overall well-being. The undersigned officer respectfully recommends the Court add the above noted condition to allow U.S. Probation and Pretrial Services to assist the defendant in being proactive in engaging in his mental health treatment.

The defendant and his attorney were provided with the proposed added condition and PS42 consenting to the modification; however, under the advice of counsel, the defendant denied consenting to this modification.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 12th day of November at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

Respectfully submitted,

*Eva Barbee*

Eva Barbee
U.S. Probation Officer
November 12, 2024

Approved by:

*Kyle Mansfield*

Kyle Mansfield
Supervisory U.S. Probation Officer

2