Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_inholte@fd.org

*Counsel for Defendant Panos Anastasiou*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>  vs.<br><br>PANOS ANASTASIOU,<br><br>                  Defendant. | Case No. 3:24-cr-00099-SLG-KFR<br><br>**MOTION TO MODIFY RELEASE CONDITIONS** |

Defendant Panos Anastasiou, through counsel, Jane M. Imholte, Assistant Federal Defender, moves this Court to modify the conditions of release by removing the location monitoring device. USPO Eva Barbee supports this request and further reports that Mr. Anastasiou has had no violations while on pretrial supervision. The government's position is unknown at this time.

DATED at Anchorage, Alaska this 14th day of January, 2025.

                                                                   Respectfully submitted,
                                                                   FEDERAL PUBLIC DEFENDER
                                                                   DISTRICT OF ALASKA

                                                                   */s/ Jane M. Imholte*

Jane M. Imholte  
Assistant Federal Defender

<u>Certificate of Service</u>:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on January 14, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*

*United States v. Panos Anastasiou*
Case No. 3:24-cr-00099-SLG-KFR                                                      Page 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PANOS ANASTASIOU,<br><br>Defendant. | Case No. 3:24-cr-00099-SLG-KFR |

*Proposed* **ORDER RE MOTION \*\*\***

After due consideration of the defendant's Motion to Modify Release Conditions, the motion is hereby GRANTED. Mr. Anastasiou is no longer subject to location monitoring.

DATED this __ day of January, 2025, in Anchorage, Alaska.

_____
HON. KYLE F. REARDON
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT