IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00099-SLG-KFR |
|---|---|
| Plaintiff, | |
| vs. | |
| PANOS ANASTASIOU, | |
| Defendant. | |

*Proposed* **ORDER RE: MOTION FOR TELEPHONIC APPEARANCE AT APRIL 15, 2025 STATUS CONFERENCE**

After due consideration of the defendant's motion for defense counsel to appear telephonically at the April 15, 2025 status conference, the motion is GRANTED.

IT IS ORDERED that defense counsel shall appear by telephone/teleconference at the status conference on April 15, 2025 by calling _____ five minutes before the proceeding begins

DATED this \_\_ day of April, 2025, in Anchorage, Alaska.

_____
Sharon L. Gleason, Chief District Judge
UNITED STATES DISTRICT COURT