MICHAEL J. HEYMAN
United States Attorney

ANDREA STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: andrea.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>PANOS ANASTASIOU,<br><br>        Defendant. | No. 3:24-cr-00099-SLG-KFR<br><br>COUNTS 1, 8, 10, 12, 14, 16, 18, 20, 22, 24:<br>THREATS AGAINST FEDERAL JUDGE<br>  Vio. of 18 U.S.C. § 115(a)(1)(B)<br><br>COUNTS 2-7, 9, 11, 13, 15, 17, 19, 21, 23:<br>THREATS IN INTERSTATE COMMERCE<br>  Vio. of 18 U.S.C. § 875(c)<br><br>COUNT 25:<br>STALKING<br>  Vio. of 18 U.S.C. § 2261A(2)(B)<br><br>COUNT 26:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |

# SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

1. At all times relevant to this Indictment:

    a. Supreme Court Justices 1-6 were Justices of the Supreme Court of the United States.

    b. The Supreme Court of the United States maintained a publicly-accessible website which allowed members of the public to submit a message to the Supreme Court through the internet, an instrumentality of interstate and foreign commerce.

    c. Family Members 1 and 2, are family members of, respectively, Supreme Court Justices 1 and 2.

2. Between May 10, 2023, and September 18, 2024, defendant, PANOS ANASTASIOU, sent and caused to be transmitted through the internet over 500 messages to the Supreme Court via an online portal.

3. ANASTASIOU intended for Supreme Court Justices 1-6 to learn of these messages and their contents.

4. Beginning on or about January 4, 2024, ANASTASIOU began sending messages intended to threaten harm and convey threats of harm towards Supreme Court Justices 1-6 and Family Members 1 and 2. The messages contained violent, racist, and homophobic rhetoric coupled with threats of assassination via torture, hanging, and firearms, and encouraged others to participate in the acts of violence.

5. Some of these threats were intended to intimidate Supreme Court Justices 1-6 and retaliate against them for official actions Supreme Court Justices 1-6 had taken in their official capacity as federal judges and to impede, intimidate, interfere, and influence future official actions and decision by Supreme Court Justices 1-6.

## COUNT 1

6. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

7. On or about January 4, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justice 1, a Justice of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justice 1 while engaged in the performance of official duties, and to retaliate against Supreme Court Justice 1 on account of the performance of official duties.

8. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 2

9. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

10. On or about January 4, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justice 1 by "providing the rope" to "hang[]…from an Oak tree."

11. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 3

12. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

13. On or about May 10, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justice 1 by "lynching."

14. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 4

15. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

16. On or about May 16, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justice 2, by "putting a bullet in his […] head."

17. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 5

18. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

19. On or about May 17, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1 and 2, and Family Members 1 and 2, by threatening to send "fellow veterans" to "spray" their homes with bullets "hopefully killing" them.

20. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 6

21. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

22. On or about May 18, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justice 2, and Family Member 2, specifically threatening to "put a bullet" in their heads.

23. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 7

24. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

25. On or about June 18, 2024, at 11:48 a.m. Alaska time, within the District of Alaska, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a

communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to kill them using a firearm.

26. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 8

27. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

28. On or about June 18, 2024, at 11:48 a.m. Alaska time, within the District of Alaska, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

29. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 9

30. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

31. On or about June 18, 2024, at 3:21 p.m. Alaska time, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1 and 2, specifically threatening to torture and execute them using a firearm.

32. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 10

33. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

34. On or about June 18, 2024, at 3:21 p.m. Alaska time, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1 and 2, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1 and 2 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1 and 2 on account of the performance of official duties.

35. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 11

36. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

37. On or about July 1, 2024, at 7:28 a.m. Alaska time, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to torture and execute them by "assassination."

38. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 12

39. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

40. On or about July 1, 2024, at 7:28 a.m. Alaska time, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

41. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 13

42. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

43. On or about July 1, 2024, at 6:18 p.m. Alaska time, within the District of Alaska and elsewhere, the defendant PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to execute them by "assassination."

44. All of which is in violation of 18 U.S.C. § 875(c).

//

//

## COUNT 14

45. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

46. On or about July 1, 2024, at 6:18 p.m. Alaska time, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1 and 2, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1 and 2 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1 and 2 on account of the performance of official duties.

47. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 15

48. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

49. On or about July 3, 2024, within the District of Alaska and elsewhere, the defendant PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to execute them by assassination and beheading.

50. All of which is in violation of 18 U.S.C. § 875(c).

//

//

## COUNT 16

51. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

52. On or about July 3, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

53. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 17

54. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

55. On or about July 4, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to execute them by varying means including drowning, firearms, strangulation, and "lynching."

56. All of which is in violation of 18 U.S.C. § 875(c).

//

//

## COUNT 18

57. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

58. On or about July 4, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and cause to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

59. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 19

60. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

61. On or about July 5, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to assassinate, and encouraging others to assassinate them.

62. All of which is in violation of 18 U.S.C. § 875(c).

//

//

COUNT 20

63. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

64. On or about July 5, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and cause to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

65. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

COUNT 21

66. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

67. On or about July 11, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to murder Supreme Court Justices 1-6, specifically threatening to "lynch," hang, and behead them.

68. All of which is in violation of 18 U.S.C. § 875(c).

COUNT 22

69. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

70. On or about July 11, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

71. All of which is in violation of 18 U.S.C. §115(a)(1)(B).

## COUNT 23

72. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

73. On or about August 29, 2024, within the District of Alaska and elsewhere, the defendant PANOS ANASTASIOU, knowingly and willfully did transmit in interstate and foreign commerce from the State of Alaska to the District of Columbia, a communication, which communication contained a threat to injure Supreme Court Justices 1-6.

74. All of which is in violation of 18 U.S.C. § 875(c).

## COUNT 24

75. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

76. On or about August 29, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, transmitted and caused to be transmitted, a threat to assault, kidnap, and murder Supreme Court Justices 1-6, Justices of the United States

Supreme Court, with intent to impede, intimidate, and interfere with Supreme Court Justices 1-6 while engaged in the performance of official duties, and to retaliate against Supreme Court Justices 1-6 on account of the performance of official duties.

77. All of which is in violation of 18 U.S.C. §115(a)(1)(B)

## COUNT 25

78. Paragraphs 1-5 of this Indictment are incorporated by reference as if set out herein.

79. On or about May 10, 2023, to September 18, 2024, within the District of Alaska and elsewhere, the defendant, PANOS ANASTASIOU, with the intent to harass, and intimidate another person, used an interactive computer service, electronic communication service, and electronic communication system of interstate commerce, and any other facility of interstate commerce, to engage in a course of conduct that attempted to cause, and would be reasonably expected to cause substantial emotional distress to the Supreme Court Justices 1-6, of the United States Supreme Court.

80. All of which is in violation of 18 U.S.C. §2261A(2)(B).

## COUNT 26

81. On or about September 18, 2024, within the District of Alaska, the defendant, PANOS ANASTASIOU, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, ammunition and a firearm, namely a Beretta 92S 9mm handgun.

//

Prior Conviction

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| April 25, 1991 | Conspiracy to Distribute Narcotics, Money Laundering, Tax Evasion, and False Statements | U.S. Federal Court, District of Alaska | 3:90-cr-00056-JKS |

82. All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

83. The allegations contained in Count 26 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

84. Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) as set forth in Count 26 of this Indictment, the defendant, PANOS ANASTASIOU, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

- a Beretta 92S 9mm handgun.

//
//
//
//
//
//

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers for
ANDREA STEWARD
Assistant U.S. Attorney
United States of America

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States Attorney
United States of America

DATE: October 14, 2025