Jane M. Imholte
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
188 W. Northern Lights Blvd., Suite 700
Anchorage, Alaska 99503
Phone: (907) 646-3400
Fax: (907) 646-3480
Email: jane_inholte@fd.org

*Counsel for Defendant Panos Anastasiou*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PANOS ANASTASIOU,<br><br>Defendant. | Case No. 3:24-cr-00099-SLG-KFR<br><br>**MOTION TO CONTINUE TRIAL** |

Defendant Panos Anastasiou, through counsel, Jane M. Imholte, Assistant Federal Defender, hereby moves this court to continue his trial until after he has received needed medical treatment and for a hearing to set a new date. Mr. Anastasiou is currently undergoing medical treatment for his heart, urinary tract issues, back pain, cancer, and other ailments that together cause him chronic pain.[1] He hopes to schedule back surgery and urinary surgery early next year, pending the approval of his cardiologist. As of today, however, Mr. Anastasiou suffers from serious-to-debilitating pain. Mr. Anastasiou's poor health not only impacts his ability to assist in his defense, but also in his ability to sit through a trial.

---

[1] Medical records have been requested and will be filed under seal upon receipt.

Undersigned counsel has contacted the government for their position on this motion, but as of the date of filing has yet to receive their final position.

DATED at Anchorage, Alaska this 31st day of October, 2025.

Respectfully submitted,
FEDERAL PUBLIC DEFENDER
DISTRICT OF ALASKA

*/s/ Jane M. Imholte*
Jane M. Imholte
Assistant Federal Defender

Certificate of Service:
I hereby certify that I electronically filed the foregoing and any attachments with the Clerk of Court for the United States District Court for the District of Alaska by using the district's CM/ECF system on October 31, 2025. All participants in this case are registered CM/ECF users and will be served by the district's CM/ECF system.
*/s/ Jane M. Imholte*