MICHAEL J. HEYMAN
United States Attorney

ANDREA T. STEWARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: andrea.steward@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PANOS ANASTASIOU, <br><br> Defendant. | No. 3:24-cr-00099-SLG-KFR |

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE THE TRIAL DATE (DKT. 80)**

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully provides the following information in preparation for the hearing scheduled for November 12, 2025, at 3:00 pm on the Defendant's Motion to Continue Trial.

At Docket 80, the Defendant filed a "First Motion to Continue Trial" based on a myriad of medical issues. This motion is, however, the Defendant's second motion to continue trial; the first was an oral motion requesting a continuance of 60 days (Docket 68, hearing minutes June 25, 2025), during which time the Defendant's mental health was

evaluated and his competency was confirmed.

The Defendant's physical health was raised as an issue by email on October 9, 2025, and medical records were to be shared by the Defendant. To date, no medical records of the Defendant's physical health have been received by the undersigned, and no clear timeframe has been proposed for when the Defendant could be available for trial.

The U.S. District Court of Alaska's Local Criminal Rule 47.1 regarding Pretrial Motions to Continue Proceedings sets out that such a motion must include the number of days remaining prior to the expiration of the time limit set out in the Speedy Trial Act, 18 U.S.C. § 3161 and cite pertinent subsections. Since the motion does not contain this calculation, the United States calculates Defendant Anastasiou's 70-day Speedy Trial date as follows: The Defendant's first appearance on the Superseding Indictment was on October 23, 2025, thus 70 days from that date would be January 1, 2026.

Because the undersigned has not received any records or timeframe regarding the health issues cited, the United States is not in a position to evaluate and respond to this second motion to continue. Hopefully, additional information will be available from the Defendant by the hearing date of November 12, 2025, to allow the United States to meaningfully respond to this second motion to continue the trial.

//

//

//

//

RESPECTFULLY SUBMITTED November 6, 2025 at Anchorage, Alaska.

MICHAEL J. HEYMAN
United States Attorney

/s/ Andrea T. Steward
ANDREA T. STEWARD
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on November 6, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s/ Andrea T. Steward
Office of the U.S. Attorney